FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO        MAR 26 2003


CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO. 03-573 WJ |
| vs. ) | |
| PAUL JESSE ORNELAS, JR., ) | Count 1: 21 U.S.C. § 846: Conspiracy to distribute more than 50 grams of cocaine base; |
| Defendant. ) | Count 2: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A): Distribution of more than 50 grams of cocaine base; |
| ) | 18 U.S.C. § 2: Aiding and abetting. |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

Between on or about March 2002 and March 5, 2003, in Bernalillo County, in the State and District of New Mexico, and elsewhere, the Defendant, **PAUL JESSE ORNELAS, JR.,** did unlawfully, knowingly and intentionally combine, conspire, confederate, and agree with other persons whose names are known and unknown to the grand jury to commit the following offense against the United States, to wit: distribution of more than 50 grams of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

In violation of 21 U.S.C. § 846.

### COUNT 2

On or about January 29, 2003, in Bernalillo County, in the State and District of New Mexico, the Defendant, **PAUL JESSE ORNELAS, JR.,** did unlawfully, knowingly



and intentionally distribute 50 grams and more of a mixture and substance containing cocaine base, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 18 U.S.C. § 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
DAVID C. IGLESIAS
United States Attorney
03/14/03 9:15am